UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-04804 |
| DIKA-MATTESON, LLC, an Illinois | ) | |
| Limited Liability Company, | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING INTERIM USE OF
## CASH COLLATERAL AND GRANTING RELATED RELIEF

THIS MATTER COMING TO BE HEARD upon the Motion of DIKA-MATTESON, LLC, an Illinois limited liability company, Debtor/Debtor-in-Possession herein, For Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A to the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) The Debtor is authorized to use cash collateral during the period April 1, 2015 through May 31, 2015, to the extent set forth on Exhibit A hereto;

B) In return for the Debtor's continued interim use of cash collateral, CW Capital Asset Management, as Special Servicer on behalf of U.S. Bank National Association, as Trustee, successor to Wells Fargo Bank, N.A. as Trustee for the registered Holders of Wachovia Bank Commercial Mortgage Pass- Through Certificates, Series 2005-C16 ("Lender") is granted the following adequate protection for its purported secured interests:

1. The Debtor will permit the Lender to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

3. The Debtor shall, upon reasonable request, make available to the Lender evidence of that which constitutes its collateral or proceeds; and

4. The Debtor will properly maintain the Property in good repair and properly manage such Property.

C) A final hearing on the Motion is scheduled before this Court on ___May 19___, ) p s
2015, at 10:00 a.m.
3o

Enter:

Dated:    MAR 3 1 2015

United States Bankruptcy Judge

**Prepared by:**

DEBTOR'S COUNSEL:
Jeffrey C. Dan (Atty. No. 06242750)
Thomas W. Goedert (Atty No. 6201228)
Brian P. Welch (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
\W:\TWG\Dika-Matteson\cash collateral ORD 3-31-15

**Operating Budget Rose Plaza April 1 to May 31, 2015**

| | | | Budget | Budget |
|---|---|---|---|---|
| | | | 4/1/15-4/30/15 | 5/1/15-5/31/15 |
| Cash as of Date March 19, 2015 | $ | 134,811.66 | | |
| Outstanding Feb Income | $ | 236.24 | | |
| Rental Income | | | $ 52,968.00 | $ 52,968.00 |
| CAM EXPENSES: | | | | |
| Snow Removal | | | $ 2,473.50 | $ - |
| Landscaping | | | $ 319.50 | $ 3,224.50 |
| Grounds & Maintenance | | | $ 970.37 | $ 970.37 |
| Utilities | | | $ 1,000.00 | $ 1,317.25 |
| Property Repairs | | | $ 610.00 | $ 9,350.00 |
| Supplies & Equipment | | | $ - | $ - |
| Fire, Safety & Security | | | $ - | $ - |
| Management Fees | | | $ 1,485.58 | $ 1,485.58 |
| Administrative - Misc. | | | $ 83.50 | $ 83.50 |
| Tax Escrow | $ | 22,880.00 | $ 22,880.00 | $ 22,880.00 |
| | | | | |
| LANDLORD EXPENSES: | | | | |
| Grounds Maint. | | | $ - | $ - |
| Vacancy Expense | | | $ 1,945.00 | $ 345.00 |
| Bldg. & General Repairs | | | $ 55.00 | $ 660.00 |
| Legal/Professional | | | | $ - |
| Promotion | | | $ - | $ - |
| Administrative | | | $ 20.00 | $ 20.00 |
| | | | | |

| | | | |
|---|---|---|---|
| TOTAL beginning cash + income | $ | 188,015.90 | $ 240,983.90 |
| Less Expenses | $ | (31,842.45) | $ (40,336.20) |
| Ending cash position | $ | 156,173.45 | $ 200,647.70 |



EXHIBIT
A