UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>DIKA-MATTESON, LLC, an Illinois<br>Limited Liability Company,<br><br>Debtor(s) | BK No.: 15-04804<br><br>Chapter: 11<br>Honorable Pamela S. Hollis |

### ORDER AUTHORIZING INTERIM USE OF
### CASH COLLATERAL AND GRANTING RELATED RELIEF

THIS MATTER COMING TO BE HEARD upon the Motion of DIKA-MATTESON, LLC, an Illinois limited liability company, Debtor/Debtor-in-Possession herein, For Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A to the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) The Debtor is authorized to use cash collateral during the period June 1, 2015 through June 30, 2015, to the extent set forth on Exhibit A hereto, plus no more than 10% of the total proposed expense payments, unless otherwise agreed by the Lender or upon further order of Court;

B) In return for the Debtor's continued interim use of cash collateral, Sand Capital VI, LLC ("Lender") is granted the following adequate protection for its purported secured interests:

1. The Debtor will permit the Lender to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

3. The Debtor shall, upon reasonable request, make available to the Lender evidence of that which constitutes its collateral or proceeds; and

4. The Debtor will properly maintain the Property in good repair and properly manage such Property.

C) Any budgeted expenses not paid within this budget period, shall be carried over for payment in future months; and

D) A final hearing on the Motion is scheduled before this Court on ~~June 16~~ 23 , 2015, at 10:30 a.m.        /PSH/

Enter:

United States Bankruptcy Judge

Dated: MAY 19 2015

**Prepared by:**

DEBTOR'S COUNSEL:
Jeffrey C. Dan (Atty. No. 06242750)
Thomas W. Goedert (Atty No. 6201228)
Brian P. Welch (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
\W:\TWG\Dika-Matteson\cash collateral ORD 3-31-15

Rev: 20130104_bko

Operating Budget Rose Plaza June 2015

| 6/1/15 to 6/30/15 | |
|---|---|
| Cash projection as of Date 6-1-15 | $ 202,132.00 |
| Outstanding Feb Income | |
| Rental Income | $ 54,100.00 |
| CAM EXPENSES: | |
| Snow Removal | $ - |
| Landscaping | $ 3,225.00 |
| Grounds & Maintenance | $ 1,100.00 |
| Utilities | $ 800.00 |
| Property Repairs | $ 9,350.00 |
| Supplies & Equipment | |
| Fire, Safety & Security | $ 1,630.00 |
| Management Fees | $ 1,900.00 |
| Administrative - Misc. | $ 140.00 |
| Tax Escrow | $ 22,880.00 |
| | |
| LANDLORD EXPENSES: | |
| Grounds Maint. | |
| Vacancy Expense | $ 800.00 |
| Bldg. & General Repairs | $ 1,000.00 |
| Legal/Professional | |
| Promotion | |
| Administrative | $ 50.00 |
| U.S. Trustee | $ 325.00 |

| | | |
|---|---|---|
| TOTAL beginning cash + income | $ | 256,232.00 |
| Less Expenses | $ | 43,200.00 |
| Ending cash position | $ | 213,032.00   * Cash Position including Tax Escrow account $235, 912.00 |



EXHIBIT A