IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-04804 |
| DIKA-MATTESON, LLC, ) | Chapter 11 |
| an Illinois Limited Liability Company, ) | Judge Pamela S. Hollis |
| ) | |
| Debtor. ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 8th day of November, 2016 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Judge Hollis, Bankruptcy Judge, in the room usually occupied by her as courtroom 644 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion of Debtor For Final Decree** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Thomas W. Goedert
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion of Debtor For Final Decree to be served on all the parties listed on the attached service list via First Class U.S. Mail (where indicated), on the 27th day of October, 2016.

/s/Thomas W. Goedert

## SERVICE LIST

Kathryn Marie Gleason
United States Trustee
Dirksen Federal Building
219 South Dearborn Street, Suite 873
Chicago, IL 60604

Thomas C. Wolford
Neal Gerger Eisenberg
Two N. LaSalle St.
Chicago, IL 60602

Michael F. Baccash
Sarnoff & Baccash
1 N. LaSalle St.
Suite 1920
Chicago, IL 60602-3929

Sand Capital VI LLC
c/o Neal Gerberg & Eisenberg LLP
Two N. LaSalle St., Ste. 1700
Chicago, IL 60602-4000

Mark Tyer
CW Capital
7501 Wisconsin Ave., Ste. 500W
Bethesda MD 20814

Brent Procida
Venable LLP
750 E. Pratt Street, Ste. 900
Baltimore, MD 21202

Broesch Mechanical Services
310 St. Paul Blvd.
Carol Stream, IL 60188

Commercial Electronic Systems, Inc.
2447 Reeves Rd.
Joliet, IL 60436

Dickler, Kahn, Slowikowski & Zavell
85 W. Algonquin Rd.
Arlington Heights, IL 60005-4424

Diversified Waste Solutions
P.O. Box 111
Geneva, IL 60134

Edgemark Asset Management
2215 York Rd., Suite 503
Oak Brook, IL 60523

Professional Cleaning Co., Inc.
909A Rohlwing Rd.
Rolling Meadows, IL 60008

Wells Fargo
P.O. Box 60253
Charlotte, NC 28260-0253

Arctic Snow and Ice
22763 Center Rd.
Frankfort, IL 60423

Baum Realty Group LLC
1030 W. Chicago Ave., #200
Attn: Alan Jaffe
Chicago, IL 60642

Buckeye Check Cashing of Illinois
Attn:  Michelle Fitchpatrick
7001 Post Rd., Ste. 200
Matteson, IL 60443

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Cook County Assessor
118 N. Clark St., Ste. 112
Chicago, IL 60602

Dika-Homewood, LLC
4700-4744 Lincoln Hwy.,
Homewood, IL 60430

Dika-Lakeview, LLC c/o
Dickler Hahn Slowikowski & Zavell
85 W. Algonquin Rd., Ste. 420
Arlington Heights, IL 60005

Hong Kong Nails, Attn: Kevin Wong &
4712 W. Lincoln Highway
Matteson, IL 60443

Illinois Cafe & Service Co
dba Dotty's Deli, Attn: D. Fischer
522 Beltrami Ave. NW, Ste. 109
Bemidji, MN 56619

Mattress Firm, Inc. #11982
5815 Gulf Freeway
Houston, TX 77023-5341

Midwest Cellular, Inc.
3151 Gulf Freeway
Springfield, IL 62711

Nordic Energy
One Tower Lane
Suite 300
Oak Brook Terrace, IL 60181

Panda Express Inc.
Legal & Property Management
1683 Walnut Grove Ave.
Rosemead, CA 91770-3711

Professional Cleaning Co., Inc.
909A Rohlwing Rd.
Rolling Meadows, IL 60008

Starbucks Corporation, #2518-IL
Mail Stop S-RE3
PO Box 34067
Seattle, WA 98124-1067

The Casual Male, Inc. #9271
DXL Group Inc., Attn:J. Cornely III
555 Turnpike St.
Canton, MA 02021

Tobacco Plus, Inc.
Attn: Firas Eid
16512 Oxford Dr.
Tinley Park, IL 60477

Van Doorn Roofing
2082 Estes Ave.
Elk Grove Village, IL 60007

Vruta Corp. dba Urmi Salon
Attn: Urmila Patel
14408 S. John Humphrey Dr.
Oak Forest, IL 60452

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn St., Room 2600
Chicago, IL 60604-1705

Commonwelath Edison Company
3 Lincoln Center
Attn: Bankruptcy Section
Oakbrook Terrace, IL 60181

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia Pennsylvania 19101-7346

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-04804 |
| DIKA-MATTESON, LLC, ) | Chapter 11 |
| an Illinois Limited Liability Company, ) | Judge Pamela S. Hollis |
| ) | |
| Debtor. ) | |

## MOTION OF DEBTOR FOR ENTRY OF FINAL DECREE

DIKA-MATTESON, LLC, an Illinois limited liability company, Debtor herein ("Debtor"), by and through its Attorneys, makes its Motion for Entry of Final Decree, and in support thereof respectfully states as follows:

**Introduction**

1.  On February 13, 2015, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2.  Subsequently, on July 21, 2016, this Court entered an order confirming the Debtor's First Amended Plan of Reorganization ("Plan").

3.  The Debtor is an Illinois limited liability company that is the owner and operator of a commercial/retail strip center (the "Property") located at 4730 W. Lincoln Highway, Matteson, Illinois 60443.

4.  The Debtor has made timely payments to date to all creditors as required by the Plan, including paying the secured claim in full. All approved administrative professional fees due and owing will be paid in full. Accordingly, the Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

1

5. The Debtor requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, DIKA-MATTESON, LLC, an Illinois limited liability company, Debtor prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

                DIKA-HOMEWOOD, LLC
                an Illinois limited liability company, Debtor

                By: /s/Thomas W. Goedert
                      One of its Attorneys

**Debtor's Counsel**:
Jeffrey C. Dan. Esq. (Atty. No. 06242750)
Thomas W. Goedert (Atty. No. 6201228)
Brian P. Welch (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\TWG\Dika-Matteson\Final Decree.MOT.wpd