UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    15-04804 |
| Dika-Matteson, LLC, | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER FOR FINAL DECREE

AT CHICAGO, Illinois in said Division and District before the Honorable Pamela S. Hollis Bankruptcy Judge, this _____ day of November, 2016;

THIS MATTER COMING TO BE HEARD upon the Motion of Dika-Matteson, LLC an Illinois limited liability company, Debtor, for Entry of Final Decree; the Court having entered an Order Confirming the Debtor's First Amended Joint Plan of Reorganization ("Plan") on July 21, 2016; notice of said Motion having been given; no objections to said Motion having been filed or otherwise presented; the Plan having been substantially consummated; and the Court being fully advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) Any and all statutory fees due to the United States Trustee shall be paid by the Debtor as soon as possible; and

B) This Chapter 11 case is closed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  November 08, 2016

**Prepared by:**

DEBTOR'S COUNSEL:
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Thomas W. Goedert (Atty. No. 6201228)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
Dika-Matteson.Final Decree.ORD